IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party BOTH:  (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with 3 or 4, at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a 6 or 7, at 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the movant and any attorney for the movant at the service address(es) below, the movant will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re )
) Case No._____
)
) MOTION AND NOTICE OF INTENT
) TO SETTLE AND COMPROMISE,
) **AND ORDER THEREON**
Debtor(s) )

    The undersigned trustee, _____, moves to settle and compromise the following described dispute upon the following terms:

###

DATE: _____                    _____
                                                          Trustee

                   Service Address: _____

                                    _____

          Name of Attorney for Trustee: _____

                   Service Address: _____

                                    _____

761.2 (6/15/16) **Page 2 of 2**

Case 17-63505-thp7    Doc 22    Filed 05/08/18